**Order entered September 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00063-CR

**TEKLEA GEBREYESUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1855502-V**

## ORDER

The State's second motion for extension of time to file its brief is **GRANTED**.  The

State's brief is deemed **FILED** September 11, 2019.

/s/  DAVID L. BRIDGES
   PRESIDING JUSTICE
